**No. 43538.**—Protest 787858–G of F. W. Woolworth Co. (San Francisco).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel the articles in question were held dutiable at 50 percent under paragraph 339.   *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445) and *Woolworth* v. *United States* (T. D. 47857) cited.

**No. 43539.**—Protests 7803–K, etc., of J. W. Jaeger et al. (New York).

Opinion by DALLINGER, J.   Following the ruling in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, APRIL 22, 1940

**No. 43540.**—Protest 985307–G of Young's Market Co. (Los Angeles).

Opinion by BROWN, J.   The appraiser reported that the merchandise consists of 75 percent shrimp, 15 percent salmon, 5 percent anchovies, and 5 percent cereal spices.   As the ingredients other than shrimp form 25 percent of the whole, it was held that the paste in question is removed from the category of shrimp and has become something else—three parts shrimp to one part of various other things. The claim for free entry under paragraph 1761 was therefore overruled.

**No. 43541.**—Protests 767770–G, etc., of H. H. Elder & Co. et al. (Los Angeles).

Opinion by BROWN, J.   On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

**No. 43542.**—Petition 6010–R of Oxford University Press N. Y., Inc. (New York).

Opinion by BROWN, J.   The petition was dismissed.